UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLEN A. LANGFORD,<br><br>          Plaintiff,<br><br>    vs.<br><br>STATE OF WASHINGTON, JUDGE MICHAEL LEBBETT, and D.A. JOHN MONITOR,<br><br>          Defendants. | NO.  CV-06-280-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITH PREJUDICE**<br><br>**1915(g)** |

Magistrate Judge Imbrogno filed a Report and Recommendation on February 5, 2007, recommending Mr. Langford's civil rights complaint be dismissed with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915A(b)(1),(2) and 1915(e)(2).  There being no objections, **IT IS ORDERED** the Report and Recommendation (Ct. Rec. 16) is **ADOPTED in its entirety** and the complaint is **DISMISSED WITH PREJUDICE.**

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury."  28

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING COMPLAINT WITH PREJUDICE -- 1

U.S.C. § 1915(g).  **Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915**.  **This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and close the file.  The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.

**DATED** this     14th      day of March 2007.

                              s/ Edward F. Shea
                                EDWARD F. SHEA
                          UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING COMPLAINT WITH PREJUDICE -- 2