UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

GLEN A. LANGFORD,

        Plaintiff,

   v.

STATE OF WASHNGTON, JUDGE MICHAEL LEBBETT, and D.A. JOHN MONITOR,

        Defendants.

NO.  CV-06-280-CI

**JUDGMENT**

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation is **ADOPTED**.   Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**, and Judgment is entered.

DATED this 14th day of March, 2007.

                              JAMES R. LARSEN
                              District Court Executive/Clerk

                              s/ L. Stejskal, Deputy Clerk